UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| DANIEL EDWARD CVIJANOVICH, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES SECRET SERVICE, <br><br> Defendant. | Case No. 3:18-cv-220 <br><br> **UNITED STATES SECRET SERVICE'S MOTION FOR SUMMARY JUDGMENT** |

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, the United States of America by Drew H. Wrigley, United States Attorney for the District of North Dakota, and James Patrick Thomas, Assistant United States Attorney, on behalf of the United States Secret Service (the "Secret Service"), moves for summary judgment holding that the Secret Service has complied with its obligations under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, with respect to the FOIA request of Daniel Edward Cvijanovich ("Plaintiff").

This motion is based upon the memorandum of law filed herewith, the accompanying declarations (one publically filed, and one filed under seal, for <u>ex parte</u>, <u>in camera</u> review), and all the files and proceedings in this case. There is no genuine issue as to any material fact and the Secret Service is entitled to judgment as a matter of law.

                                                    DREW H. WRIGLEY
                                                    United States Attorney

Dated:  May 30, 2019    By:    <u>/s/ *James Patrick Thomas*</u>
                                                      JAMES PATRICK THOMAS
                                                      Assistant United States Attorney
                                                      P.O. Box 699
                                                      Bismarck, ND  58502-0699
                                                      (701) 530-2420
                                                      ND Bar Board ID No. 06014
                                                      james.p.thomas@usdoj.gov
                                                      Attorney for United States Secret Service

## CERTIFICATE OF SERVICE

I hereby certify that on May 30, 2019, the foregoing document was filed electronically with the Clerk of Court through ECF.

I further certify that a copy of this document was sent via FedEx, for Standard Delivery [TRK# 7753 4390 4432], to non-ECF participating party:

Daniel Edward Cvijanovich
2433 20th Ave. S., Apt. 305
Fargo, ND  58103


Dated:  May 30, 2019

                                           /s/ *James Patrick Thomas*
                                           JAMES PATRICK THOMAS
                                           Assistant United States Attorney