Local AO 450 (rev. 5/10)

# United States District Court
### *District of North Dakota*

Daniel Cvijanovich,

      Plaintiff,

vs.

United States Secret Service,

      Defendant.

JUDGMENT IN A CIVIL CASE

Case No.   3:18-cv-220

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☑ **Decision on Motion**. This action came before the Court on motion. The issues have been considered and a decision rendered.

☐ **Stipulation**. This action came before the court on motion of the parties. The issues have been resolved.

☐ **Dismissal**. This action was voluntarily dismissed by Plaintiff pursuant to Fed. R. Civ. P. 41(a)(1)(ii).

**IT IS ORDERED AND ADJUDGED:**

    Pursuant to the Order filed on September 25, 2019, the Court finds the Secret Service met the requirements of all claimed FOIA exemptions and need not disclose any further records. The Secret Service's motion for summary judgment, (Doc. 24), is GRANTED.

Date: September 25, 2019

ROBERT J. ANSLEY, CLERK OF COURT

by: */s/ Jackie Stewart, Deputy Clerk*