United States District Court
District of North Dakota
File No. 3:18-cv-220

Daniel Cvijanovich, Plaintiff

v.   **NOTICE OF APPEAL**

United States Secret Service, Defendant

Notice is hereby given that Daniel Cvijanovich, plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the 8th Circuit from the Order granting the defendant's motion for summary judgment, entered in this action on the 25th day of September, 2019.

Daniel Cvijanovich
2433 20th Ave S.
Apt. 305
Fargo, ND 58103
(701) 306-2447