# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 19-3503

Daniel Cvijanovich

Appellant

v.

United States Secret Service

Appellee

---

Appeal from U.S. District Court for the District of North Dakota - Fargo
(3:18-cv-00220-ARS)

---

## MANDATE

In accordance with the opinion and judgment of 05/29/2020, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

July 30, 2020

Clerk, U.S. Court of Appeals, Eighth Circuit